**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

DONEY RICHARDSON,                                    :
                    Plaintiff,                            :

                                                         :

                 v.                                    :      Civil No.: 5:25-cv-05718-JMG

                                                         :

HYUNDAI CAPITAL AMERICA INC.,                        :
                    Defendant.                            :

---

**ORDER**

**AND NOW**, this 6th day of April, 2026, upon consideration of Plaintiff's Complaint
(ECF No. 1), Plaintiff's Amended Complaint and Jury Demand (ECF No. 7), Defendant
Hyundai Capital America's Motion to Dismiss Amended Complaint (ECF No. 11), and
Plaintiff's Opposition to Defendant's Motion to Dismiss (ECF No. 14), **IT IS HEREBY
ORDERED** that, for the reasons set forth in the accompanying Memorandum:

1.      Defendants' Motion to Dismiss is **GRANTED IN PART AND DENIED IN
PART**.

2.      Plaintiff's breach of contract theory premised on Defendant's refusal to
arbitrate **SURVIVES**.

3.      Plaintiff's negligence claim, his breach of contract theory premised on
Defendant's alleged failure to close the account after payoff, and his standalone bad-faith
claim are **DISMISSED WITH PREJUDICE**.

4.      Plaintiff's claim under the Fair Credit Reporting Act is **DISMISSED
WITHOUT PREJUDICE**.

5.      If Plaintiff wishes to file an Amended Complaint, he must do so on or before

**Monday, April 20, 2026,** as to those claims dismissed without prejudice.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge