**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DONEY RICHARDSON,<br>Plaintiff, | : | |
| v. | : | Civil No.: 5:25-cv-05718-JMG |
| HYUNDAI CAPITAL AMERICA INC.,<br>Defendant. | : | |

**ORDER**

**AND NOW**, this 31st day of July, 2026, upon consideration of Plaintiff's Second Amended Complaint (ECF No. 20), Defendant Hyundai Capital America's Motion to Dismiss Second Amended Complaint (ECF No. 22) and Plaintiff's Opposition to Defendant's Motion to Dismiss (ECF No. 23), **IT IS HEREBY ORDERED** that, for the reasons set forth in the accompanying Memorandum, the Motion (ECF No. 22) is **DENIED**.[1]

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

[1] Plaintiff previously stated a viable breach of contract claim premised on Defendant's refusal to arbitrate, and that claim remains pending in this case. The Second Amended Complaint addresses only Plaintiff's Fair Credit Reporting Act ("FCRA") claim, which Defendant again seeks to dismiss. Because the breach of contract theory already proceeds, and because the FCRA claim is now adequately pled, these two claims are the only claims that will move forward in this case.